# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| EUGENE LEE JONES, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 3:20-cv-00179-RDP-JHE |
| CHRISTOPHER GORDY, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On March 23, 2020, the magistrate judge entered a Report and Recommendation, (Doc. 3), recommending that the petition for writ of habeas corpus be dismissed without prejudice due to Petitioner's failure to pay the filing fee or move for leave to proceed *in forma pauperis*. No objections have been filed, and the court has not received the filing fee or an IFP motion. The court has considered the entire file in this action, together with the Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be dismissed. A separate Order will be entered.

**DONE** and **ORDERED** this May 7, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE